```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00425
   NATASHA N MILLER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-3402

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/18/2006 and was confirmed 04/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  39.51%.

     The case was dismissed after confirmation 03/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG        .00              .00            .00
SHAPIRO & FISHER         NOTICE ONLY    NOT FILED              .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE   1527.71               .00        1527.71
CITIFINANCIAL MORTGAGE C CURRENT MORTG        .00              .00            .00
CITIFINANCIAL MORTGAGE C SECURED NOT I        .00              .00            .00
HOUSEHOLD FINANCE CORP   CURRENT MORTG        .00              .00            .00
HOUSEHOLD FINANCE CORP   MORTGAGE ARRE   3358.00               .00         371.96
FREEDMAN ANSELMO & LINDB NOTICE ONLY    NOT FILED              .00            .00
INDYMAC BANK             CURRENT MORTG        .00              .00            .00
INDYMAC BANK             MORTGAGE ARRE   3214.71               .00        3214.71
INDYMAC BANK             NOTICE ONLY    NOT FILED              .00            .00
LIMURIAN CONDO ASSOCIATI SECURED         2783.00               .00            .00
NATIONWIDE FEDERAL C U   UNSECURED      18998.62               .00            .00
AMERICAN GENERAL FINANCE MORTGAGE ARRE   1134.21               .00         125.66
CREDIT UNION 1           UNSECURED        849.76               .00            .00
HSBC MORTGAGE SERVICE    UNSECURED     NOT FILED              .00            .00
MICHAEL REESE HOSPITAL & UNSECURED     NOT FILED              .00            .00
PREMIUM ASSET RECOVERY C NOTICE ONLY    NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED       6926.21               .00            .00
HARRIS & HARRIS          NOTICE ONLY    NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED     NOT FILED              .00            .00
AT & T BANKRUPCTY        UNSECURED     NOT FILED              .00            .00
DEBT CREDIT SERVICES     NOTICE ONLY    NOT FILED              .00            .00
CAPITAL ONE              UNSECURED        490.28               .00            .00
AMERICAN GENERAL FINANCE CURRENT MORTG        .00              .00            .00
PREMIUM ASSET RECOVERY C UNSECURED         72.50               .00            .00
GLEASON & MACMASTER      DEBTOR ATTY    2,000.00                          2,000.00
TOM VAUGHN               TRUSTEE                                            349.47
DEBTOR REFUND            REFUND                                             460.49

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 00425 NATASHA N MILLER
```

```
                            RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                     8,050.00

PRIORITY                                                    .00
SECURED                                                5,240.04
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,000.00
TRUSTEE COMPENSATION                                     349.47
DEBTOR REFUND                                            460.49
                          ---------------        ---------------
TOTALS                      8,050.00                   8,050.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/13/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 00425 NATASHA N MILLER